IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| VS. ) | 4:21-cr-00011-RRB-SAO |
| RYAN DALBEC; RAIHANA ) NADEM, a/k/a RAIHANA DALBEC; ) AND BRIAN LOWELL NASH II, ) | MOTION TO ENTER SPECIAL APPEARANCE |
| Defendants. ) | |

## MOTION FOR SPECIAL APPEARANCE

Defendant, Ryan Dalbec ("Mr. Dalbec"), through undersigned counsel, respectfully requests that the Court allow counsel to appear for Mr. Dalbec on a limited basis. Counsel is not barred in Alaska and this appearance is a limited appearance for the arraignment of Mr. Dalbec on April 26, 2021. At this time, the appearance has to be limited because counsel and Mr. Dalbec are still discussing terms to retain undersigned counsel for the purposes of trial. This request is to appear at the arraignment only. Undersigned counsel intends to serve as counsel of record for trial and will file the necessary paperwork to be admitted *pro hac vice* and file a notice of appearance as soon as this is resolved. In the meantime, Counsel would appear for arraignment and request the Court set a status hearing in sixty (60) days.

Counsel is barred and in good standing in the District of Columbia, Maryland, and

Virginia, as well as numerous United States District Courts and Circuit Courts, and is eligible for admission pro hac vice before this Court.

Date: April 26, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　David Benowitz
　　　　　　　　　　　　　　　　DC Bar # 451557
　　　　　　　　　　　　　　　　Price Benowitz LLP
　　　　　　　　　　　　　　　　409 7th Street, NW
　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　Office: 202.417.6000
　　　　　　　　　　　　　　　　Direct: 202.271.5249
　　　　　　　　　　　　　　　　Fax: 202.664.1331
　　　　　　　　　　　　　　　　David@PriceBenowitz.com

　　　　　　　　　　　　　　　　*Counsel for Defendant Ryan Dalbec*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April, 2021, I electronically filed and served the foregoing using the CM/ECF system.

_____/s/_____
David Benowitz