# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | 4:21-CR-11-RRB-SAO |
| | : | |
| **RYAN DALBEC** | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Defendant Ryan Dalbec, by and through counsel, respectfully requests that the Clerk file as part of the record in this case the Speedy Trial Waiver attached to this Notice as Exhibit A.

Respectfully Submitted,

\_\_\_\_/s/_____
David Benowitz
D.C. Bar No. 451557
Price Benowitz LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
david@pricebenowitz.com
*Counsel for Ryan Dalbec*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Filing and attached Speedy Trial Waiver (Exhibit A) have been served via CM/ECF upon the parties in this matter on this 10th day of May, 2021.

                                      ____/s/_____
                                        David Benowitz