# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | **4:21-CR-11-RRB-SAO** |
| | : | |
| **RYAN DALBEC** | : | |
|     **Defendant.** | : | |

## NOTICE OF FILING

    Defendant Ryan Dalbec, by and through undersigned counsel, respectfully requests that the Clerk file as part of the record in this matter the attached Status Report regarding representation in this case.

                                                Respectfully Submitted,

                                                ____/s/_____
                                                David Benowitz
                                                D.C. Bar No. 451557
                                                Price Benowitz LLP
                                                409 Seventh Street, NW
                                                Suite 200
                                                Washington, DC 20004
                                                david@pricebenowitz.com
                                                *Counsel for Ryan Dalbec*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing and attached Status Report have been served via CM/ECF upon the parties in this matter on this 10th day of May, 2021.

\_\_\_\_/s/_____
David Benowitz

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>    v. )<br>)<br>RYAN DALBEC, )<br>      Defendant ) | Case No. 4:21-cr-00011-RRB-SAO-1 |

### STATUS REPORT

Pursuant to the Court's Order of April 26, 2021, counsel for defendant Ryan Dalbec provides the following status report regarding representation in the above-captioned matter. Counsel intends to represent Mr. Dalbec in this matter and anticipates filing an appearance *pro hac vice* in the next several days, following the approval of his application.

_____/s/_____
David Benowitz